IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KAYLA SPEAKMAN AND DONALD LARS CHRISTENSEN,<br><br>Plaintiffs,<br><br>v.<br><br>SEVIER COUNTY; SEVIER COUNTY SHERIFF; AND GREG NORTHRUP,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:18-cv-00067-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and the action is dismissed with prejudice. The clerk is directed to close this action.

Signed June 4, 2020.

BY THE COURT:

David Nuffer
United States District Judge